**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number _____

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** _____   **Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account:   ____ ____ ____ ____

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

❏ No

❏ Yes. Date of the last notice: ____/____/_____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | _____ | (1) $ _____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) $ _____ |
| 3. Attorney fees | _____ | (3) $ _____ |
| 4. Filing fees and court costs | _____ | (4) $ _____ |
| 5. Bankruptcy/Proof of claim fees | _____ | (5) $ _____ |
| 6. Appraisal/Broker's price opinion fees | _____ | (6) $ _____ |
| 7. Property inspection fees | _____ | (7) $ _____ |
| 8. Tax advances (non-escrow) | _____ | (8) $ _____ |
| 9. Insurance advances (non-escrow) | _____ | (9) $ _____ |
| 10. Property preservation expenses. Specify:_____ | _____ | (10) $ _____ |
| 11. Other. Specify:_____ | _____ | (11) $ _____ |
| 12. Other. Specify:_____ | _____ | (12) $ _____ |
| 13. Other. Specify:_____ | _____ | (13) $ _____ |
| 14. Other. Specify:_____ | _____ | (14) $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2           **Notice of Postpetition Mortgage Fees, Expenses, and Charges**           page **1**

Case 19-10834-MLB    Doc    Filed 07/01/19   Ent. 07/01/19 16:46:19   Pg. 1 of 3

Debtor 1 _____  Case number (*if known*) _____
         First Name    Middle Name    Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❏ I am the creditor.
❏ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ _____     Date ____/____/_____
  Signature

Print: _____   Title _____
       First Name    Middle Name    Last Name

Company   _____

Address   _____
          Number        Street
          _____
          City                          State    ZIP Code

Contact phone  (_____) _____ – _____     Email _____

**SHAPIRO & SUTHERLAND, LLC**
1499 SE Tech Center Place, Suite 255
Vancouver, WA 98683
Telephone: (360) 260-2253
S&S No. 18-124491

# UNITED STATES BANKRUPTCY COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Jasson Dallas Harp<br>Amy Nicole Harp<br><br>　　　Debtor(s). | Case No. 19-10834-MLB<br><br>**CERTIFICATE OF MAILING** |

I hereby certify under penalty of perjury under the laws of the State of Washington that I mailed a true and correct copy of the Notice of Postpetition Mortgage Fees, Expenses, and Charges postage pre-paid, regular first class mail on the 1st day of July, 2019, to the parties listed below.

DATED this 1st day of July, 2019.

/s/ Jenni Tkachenko
_____
Jenni Tkachenko
Legal Assistant

Jasson Dallas Harp
3864 Cindy Lane
Bellingham, WA 98226

Amy Nicole Harp
3864 Cindy Lane
Bellingham, WA 98226

**Via ECF Notice only:**
Steven C. Hathaway
Attorney at Law
3811 Consolidation Ave
PO Box 2147
Bellingham, WA 98227

Jason Wilson-Aguilar
600 University St #1300
Seattle, WA 98101

1 - CERTIFICATE OF MAILING

*SHAPIRO & SUTHERLAND, LLC*
1499 SE Tech Center Place, Suite 255
Vancouver, WA 98683
Telephone: (360) 260-2253